1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE RAMIREZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANERA, LLC, a Delaware Limited Liability Company, and Does 1 to 10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-02230-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING APPEAL OF RELATED CASE]**<br><br>Complaint filed: July 3, 2024 |

1     Upon consideration of Plaintiff Selene Ramirez and Defendant Panera, LLC's (the "Parties") Joint Stipulation to Stay Action Pending Appeal of Related Case, and good cause appearing, the Court ORDERS AS FOLLOWS:

    This case is stayed pending the Ninth Circuit Court of Appeal's ruling in the matter of *Angel Chan v. Panera, LLC,* Ninth Circuit Case No. 24-5474.   The parties shall file a joint status report upon ruling by the Ninth Circuit, and no later than 10 days thereafter.  Any pending dates or deadlines in this case are hereby VACATED.

**IT IS SO ORDERED.**

Dated:  November 1, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE