**uniBRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone:      (805) 270-7100
Facsimile:       (805) 270-7589
E-Mail:          mbradley@bradleygrombacher.com
E-Mail:          kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff SELENE RAMIREZ, on
behalf of herself and all others similarly situated

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE RAMIREZ, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PANERA, LLC, a Delaware Limited Liability Company; and DOES 1 to 10, inclusive, <br><br> Defendant. | CASE NO. 2:24-cv-02230-CKD <br><br> [*Assigned to Hon. Judge Carolyn K. Delaney*] <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** <br><br> *(Filed concurrently with the Request for Dismissal; and Declaration of Marcus J. Bradley)* <br><br> Complaint Filed: July 3, 2024 <br> Case Removed: August 16, 2024 |

ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(i)

## ORDER

Pursuant to Plaintiff Selene Ramirez's ("Plaintiff") Request for Dismissal pursuant to *Federal Rule of Civil Procedure* 41(a)(1), the Court hereby orders the following:

    1.    That Plaintiff's individual claims be dismissed with prejudice.

    2.    That the Class Claims be dismissed without prejudice as to the Class Members.

    3.    That each party be responsible for their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  March 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(i)